**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00921-CMA-BNB

EMILIANO GOMEZ, and
TAMMI GOMEZ,

    Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    Pursuant to the Stipulation for Dismissal With Prejudice of All Claims (Doc. # 36), signed by the attorneys for the parties hereto, it is

    ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his, her, or its own costs and attorney fees.

    DATED:  March  22 , 2013

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Court Judge